FLOOD & BASILE
39 HUDSON STREET
HACKENSACK, NJ 07601
(201) 487-0700

|  | : UNITED STATES DISTRICT COURT |
|---|---|
| UNITED STATES OF AMERICA | : DISTRICT OF NEW JERSEY |
|  | : DOCKET NO: 09-00815-001 |
| Plaintiff(s) | : |
| V. | : |
|  | : |
| KENNETH ZAHN | : Criminal Action |
|  | : |
| Defendant. | : |
|  | : **ORDER** |

This matter having been brought before the Court by Raymond F. Flood, attorney for Kenneth Zahn and the United States of America having been represented by AUSA, Christopher Kelly, and for good cause shown,

IT IS on this _16_ day of _April_, 2010,

ORDERED that Pretrial Services Office return Kenneth Zahn's passport.

_____
HON. STANLEY R. CHESLER, USDJ